**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IVONNE LIZETTE ORTIZ CRUZ,

          Plaintiff,

v.                                                            Case No. 3:22-cv-596-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

          Defendant.
_____/

## O R D E R [1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant (Doc. No. 23; "Motion"), filed March 2, 2023, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 1, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 8), filed August 24, 2022; Reference Order (Doc. No. 11), entered August 26, 2022.

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant (Doc. No. 23) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> The Commissioner requests remand for additional evidence from a vocational expert. On remand, the Appeals Council will instruct the Administrative Law Judge to seek supplemental vocational expert evidence including addressing whether there are any apparent conflicts between the vocational testimony and the Dictionary of Occupational Titles. The ALJ will offer [Plaintiff] the opportunity for a new hearing and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on March 29, 2023.

_JAMES R. KLINDT_
United States Magistrate Judge

kaw
Copies:
Counsel of Record